UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT E. COLEMAN, | ) | Case No.  CV 08-5697-PA (PJW) |
| Plaintiff, | ) ) | |
| v. | ) ) | J U D G M E N T |
| D. PALACIOS, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   9/10/09.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA08CV05697PA-J.wpd